Opinion issued December 14, 2006










In The

Court of Appeals

For The

First District of Texas






NO. 01-06-00728-CV






RICHARD WILLIAM PAYNE, Appellant


V.


TDCJ CLASSIFICATION RECORDS OFFICE, Appellee






On Appeal from the 281st District Court

Harris County, Texas

Trial Court Cause No. 2004-32455






MEMORANDUM OPINION Appellant Richard William Payne has neither established indigence, nor paid
all the required fees. See Tex. R. App. P. 5 (requiring payment of fees in civil cases
unless indigent), 20.1 (listing requirements for establishing indigence); see also Tex.
Gov't Code Ann. §§ 51.207, 51.941(a), 101.041 (Vernon Supp. 2006) (listing fees
in court of appeals); Fees Civ. Cases B(1), (3) (listing fees in court of appeals). 
After being notified that this appeal was subject to dismissal, appellant **did not
adequately respond. See Tex. R. App. P. 5 (allowing enforcement of rule); 42.3(c)
(allowing involuntary dismissal of case).

 The appeal is dismissed for nonpayment of all required fees. All pending
motions are denied.

PER CURIAM

Panel consists of Justices Nuchia, Jennings, and Higley.